1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Pamela Koussa
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 PAMELA KOUSSA,                    ) No.  3:14-cv-02387-LB
                                     )
12             Plaintiff,            ) **STIPULATION FOR DISMISSAL OF**
                                     ) **ACTION**
13       vs.                         )
                                     )
14 TRANCAS STEAKHOUSE, INC., et al., )
                                     )
15             Defendants.           )
                                     )
16                                   )
                                     )
17 ─────────────────────────────────  )

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Pamela Koussa and Defendants Trancas Steakhouse, Inc., and Norman J. Sawicki, Trustee of the Norman J. Sawicki Trust under agreement dated October 27, 2006, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 22, 2014					MOORE LAW FIRM, P.C.


							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorneys for Plaintiff
							Pamela Koussa

							DOUGLAS N. SMITH, INC.


							*/s/ Douglas N. Smith*
							Douglas N. Smith
							Attorneys for Defendants
							Trancas Steakhouse, Inc., and Norman J. Sawicki,
							Trustee of the Norman J. Sawicki Trust under
							agreement dated October 27, 2006